# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0384.  KELINNET ORTIZ v. THE STATE.**

In September 2014, Kelinnet Ortiz entered an *Alford*[1] plea to armed robbery, and the trial court imposed a 20-year sentence, with the first 10 years to be served in prison, and the remainder to be served on probation.  In May 2015, Ortiz filed a motion to modify her sentence.  The trial court denied the motion on June 12, 2015, and Ortiz filed a notice of appeal on June 26, 2017.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Ortiz's notice of appeal is untimely, as it was filed more than two years after entry of the trial court's order.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/13/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] *North Carolina v. Alford*, 400 U. S. 25 (91 SCt 160, 27 LE2d 162) (1970).